UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES | : | Hon. Noel L. Hillman |
| v. | : | Criminal No. 08-130 |
| NEYEMBO MIKANDA | : | O R D E R |

The Government, by Christopher J. Christie, United States Attorney (Matthew T. Smith and Joshua W. Drew, Assistant U.S. Attorneys, appearing), having filed a motion requesting that the Court schedule and conduct a bail review hearing in the above-captioned case; the Court having considered the written submissions of the Government and the defendant, if any, and for good cause shown;

IT IS on this 5th day of June, 2008

ORDERED that:

1. A bail review hearing shall be conducted on June 6, 2008, at 11:00 am, in Courtroom 3A of the Mitchell H. Cohen Federal Courthouse, Fourth & Cooper Streets, Camden, New Jersey; and

2. The defendant and standby counsel, Thomas Young, Esq., shall be present.

Noel L. Hillman
HON. NOEL L. HILLMAN
United States District Judge